# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNEY ROTHMALLER,** | Case No. 2:19-cv-02390-JDW |
| *Plaintiff,* | |
| v. | |
| **UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM,** *et al.*, | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 20th day of April, 2020, upon consideration of the Motion of Defendants The Trustees of the University of Pennsylvania and Clinical Care Associates for Summary Judgment (ECF No. 15), it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 56(a), **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiff.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J**.